**TESTA HECK TESTA & WHITE, P.A.**
  By :  Michael L. Testa
         mtesta@testalawyers.com
         Justin R. White
         jwhite@testalawyers.com
424 Landis Avenue
Vineland, NJ  08360
Phone: (856) 691-2300
Fax:    (856) 691-5655

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **JOSE DeJESUS** | : | Docket No: 1:17-cv-13102 (RMB)(AMD) |
| | : | |
| Plaintiff | : | CIVL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **VERINT SYSTEMS, INC.** | : | NOTICE OF DISMISSAL (Partial) |
| | : | |
| Defendants | : | |

Count Three of Plaintiff's Amended Complaint (claims for relief under the FMLA) may be dismissed with no award of costs or fees.

**TESTA HECK TESTA & WHITE, P.A.**

Dated: July 2, 2018         By:  s/ *Justin R. White*
                                              JUSTIN R. WHITE