UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------- X

JOSE DeJESUS,                                          :

                 Plaintiff,                     :

  -against-                                            :

VERINT SYSTEMS, INC.,                                 :

               Defendant.                    :

                                                           :

------------------------------------------------------- X

Case No. 17-cv-13102-RMB-AMD

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jose DeJesus

("Plaintiff") and Defendant Verint Systems Inc. ("Defendant"), by and through Plaintiff's

undersigned counsel and Defendant's undersigned counsel, stipulate and agree that this action

shall be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys'

fees.

Dated: ~~September~~ October 5 , 2018

TESTA HECK TESTA & WHITE, P.A.

By: _____
      Michael L. Testa
      Justin R. White
mtesta@testalawyers.com
jwhite@testalawyer.com
24 Landis Avenue
Vineland, NJ 08360
Telephone: (856) 691-2300
*Attorneys for Plaintiff Jose DeJesus*

SEYFARTH SHAW LLP

By: _____
      Scott Rabe
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
srabe@seyfarth.com
*Attorneys for Defendant Verint Systems Inc.*

SO ORDERED THIS _____ DAY OF _____, 2018:

_____
Honorable Renee Marie Bumb, U.S.D.J.